```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re FERRIS A. CHRISTIAN, SR.,

                                Debtor.

------------------------------------------------------------------X

FERRIS A. CHRISTIAN, SR.,

                              Appellant,

            v.

UNITED STATES TRUSTEE,

                              Appellee.

------------------------------------------------------------------X

1:25-cv-574-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    This appeal has been assigned to me for all purposes. Pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellant's brief must be served and filed by February 27, 2025. Appellee's brief, should it choose to file one, must be served and filed within 30 days after service of Appellant's brief. If Appellee files a brief, then Appellant may serve and file a reply brief within 14 days after service of Appellee's brief.

    The Court understands that Appellee's current intention is not to file a brief or otherwise participate in this case "unless so directed by this Court." Dkt. No. 4. For the avoidance of doubt, this order should not be construed as an order directing any participation in this case from Appellee.

    SO ORDERED.

Dated: January 26, 2025

                                                           GREGORY H. WOODS
                                                  United States District Judge