USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
In re FERRIS A. CHRISTIAN, SR.,   :
:
                          Debtor.   :    1:25-cv-574-GHW
-------------------------------------------------------------------X
:    <u>ORDER</u>
FERRIS A. CHRISTIAN, SR.,   :
:
                     Appellant,   :
:
   v.   :
:
UNITED STATES TRUSTEE,   :
:
                     Appellee.   :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On February 12, 2025, *pro se* Appellant Ferris Christian, Sr. ("Appellant") filed a letter attaching a "Labor Standards Complaint Form" alleging that an entity called "FAC Propertys LLC" owes damages for unpaid wages and unfair labor practices. Dkt. No. 7. However, this case is an appeal from a December 5, 2024 judgment entered in the United States Bankruptcy Court for the Southern District of New York. *See* Dkt. No. 1. "FAC Propertys LLC" is not a party in this appeal.

    Only the bankruptcy court's judgment is at issue in this case. Because there is no indication that Appellant's latest letter has any relevance to the bankruptcy court's judgment, this Court will not act on it. If Appellant wishes to raise any issues or complaints distinct from the matter at issue in this case, he must do so in a separately filed lawsuit.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

    SO ORDERED.

Dated: February 13, 2025  
New York, New York

                                                _____  
                                                 GREGORY H. WOODS  
                                               United States District Judge